IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Robert Conwell,                :
                               :
        Plaintiff(s),          :
                               : Case Number: 1:14cv810
    vs.                        :
                               : Judge Susan J. Dlott
Commissioner of Social Security, :
                               :
        Defendant(s).          :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on December 2, 2015 a Report and Recommendation (Doc. 13).  Subsequently, the defendant filed objections to such Report and Recommendation (Doc. 14) and plaintiff filed a response to the objections (Doc. 15).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter.  Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, it is ORDERED that the decision of the Commissioner to deny plaintiff Supplemental Security Income (SSI) benefits is REVERSED.  This matter is remanded solely for the calculation of an award of benefits.  This case is hereby TERMINATED from the docket of this Court.

IT IS SO ORDERED.

                                    ___s/Susan J. Dlott_____
                                    Judge Susan J. Dlott
                                    United States District Court