IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Robert Conwell,  :
:
    Plaintiff(s),  :
: Case Number: 1:14cv810
vs.  :
: Judge Susan J. Dlott
Commissioner of Social Security,  :
:
    Defendant(s).  :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on July 27, 2016 (Doc. 19), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired August 15, 2016, hereby ADOPTS said Report and Recommendation.

There was an error in the Report and Recommendation that was issued on July 27, 2016 (Doc. 19).  The report should have reflected that the attorney had worked 20 hours and not 30.

Accordingly, plaintiff's motion seeking a fee award under the Equal Access to Justice Act (Doc.18) is GRANTED.

Plaintiff is awarded the total sum of $3,800.00 representing an attorney fee that reflects a reasonable number of hours (20) at a reasonable hourly rate ($170.00) plus $400.00 in reimbursement of the filing fee.

IT IS SO ORDERED.

           ___s/Susan J. Dlott_____
           Judge Susan J. Dlott
           United States District Court