IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Robert Conwell,

    Plaintiff(s),

vs.

Commissiner of Social Security,

    Defendant(s).

Case Number: 1:14cv810

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on September 7, 2018 (Doc. 23), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired September 21, 2018, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's motion for an award of attorney's fees under 42 U.S.C. §406(b) (Doc. 22) is GRANTED in full. Counsel is AWARDED an additional attorney's fee under 42 U.S.C. §406(b) in the amount of $1,896.00 for the 20 hours of work performed in this Court, which reflects the total fee requested ($5,696.00), subjected to a mandatory offset of the fees previously paid under the Equal Access to Justice Act (EAJA).

IT IS SO ORDERED.

_____
Judge Susan J. Dlott
United States District Court